UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| WARREN FRANKLIN, | Civil No. 22-646 (JRT/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN J. FIKES, | |
| Respondent. | |

---

Warren Franklin, Reg. No. 11944-031, FCI Sandstone, K-1, P.O. Box 1000, Sandstone, MN 55072, *pro se* petitioner.

Chad A Blumenfield, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 31, 2023 (ECF No. 10), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The petition (ECF No. 1) is **DENIED.**

2. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 18, 2023
at Minneapolis, Minnesota.

*John R. Tunheim*
JOHN R. TUNHEIM
United States District Judge